United States District Court
Southern District of Texas

**ENTERED**
January 15, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CIVIL ACTION NUMBER <u>4:16–cv–00106</u>**

**ORDER FOR CONFERENCE DEADLINE**
**AND**
**DISCLOSURE OF INTERESTED PARTIES**

**Judge Gray H. Miller**
**515 Rusk Avenue, Courtroom 9D**
**Houston, TX 77002**
**DUE DATE (deadline only): <u>April 27, 2016</u>**

COURT PROCEDURES AND ATTACHMENTS, WHICH ARE APPLICABLE TO CASES ASSIGNED TO JUDGE GRAY H. MILLER CAN BE OBTAINED ON THE DISTRICT WEBSITE AT www.txs.uscourts.gov.

1. The Court does not hold a scheduling conference. Once all of the parties are before the Court, they should agree on a scheduling order, then submit it to the Court through the case manager, Rhonda Moore–Konieczny, via email to cm4141@txs.uscourts.gov. The following requirements apply when submitting the proposed agreed scheduling order: the dispositive motion and all other pretrial motion deadlines must be the same date; there must be four months between the motion deadlines and the docket call; the docket call will be either eleven, twelve, or thirteen months from the date the case was filed. In the event the parties are unable to reach an agreement prior to the due date, they should contact the case manager via email. **The Court's Scheduling/Docket Control Order form is available on the district court website.**

2. Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.**This satisfies the requirements under FED.R.CIV.P.7.1.**

3. FED.R.CIV4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by the Court on its own initiative.

4. After the parties confer as required by FED.R.CIVP.26(f), counsel shall prepare and file by the due date listed above, a joint discovery/case management plan (this is a separate document from the scheduling/docket control order). **The Court's joint discovery/case management plan is available on the district court website.**

5. Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

6. Attendance by an attorney who has authority to bind the party is required at the conference either in person or by telephone, in the event a scheduling order cannot be agreen upon. Please inform the Court if you wish to participate by telephone.

7. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and shall advise the Court of the results of their discussions.

8. A person litigating *pro se* is bound by the requirements imposed upon counsel in this order.

9. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**By Order of the Court**