IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEWTON BORIS SCHWARTZ, SR. INDIVIDUALLY, AND/OR AS (B) CLASS REPRESENTATIVE AND/OR ON BEHALF OF ALL ELIGIBLE TEXAS AND NATIONALLY UNITED STATES REGISTERED (C) ELIGIBLE AND/OR QUALIFIED VOTERS FOR VOTING IN THE 2016 FIFTY STATE ELECTION PRIMARIES AND IN THE NOVEMBER 1, 2016 GENERAL PRESIDENTIAL AND VICE PRESIDENT 2016 ELECTIONS | § § § § § § § § § § § § § § § § § | CIVIL ACTION 4:16-cv-00106  NO JURY |
| vs. | | |
| TED CRUZ A/K/A RAFAEL EDWARD CRUZ, INDIVIDUALLY  Defendant | § § § § | |

United States Courts
Southern District of Texas
FILED

FEB 01 2016

David J. Bradley, Clerk of Court

**COMPLAINT IN INTERVENTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Terry Wayne Wheelock, and per FRCP 24(a)(2) and files this his Petition in Intervention. He would show the following:

I.

1. He has an interest in the subject matter of the pending in that he is registered, by the Federal Election Commission as a Independent Candidate for the President of the United States;

2. There is substantial risk that the litigation would impair his above interest;

1

3. The existing parties do not adequately protect his above interests;

4. This intervention is timely in that Defendant Cruz was just served with Summons on January 20 and 21, 2016. Intervenor is a registered approved candidate b the Federal Elections Commission (FEC) for the Office of President of the United States as an independent candidate for the November 1, 2016 general election nationwide. The deadlines are August 1, 2016 to appear on ballots of the 50 States.

Intervenor could have brought this suit independently on his own. He has no claims against Defendant for any monetary damages, nor does Plaintiff. He has a legally protected interest that could be impaired by this suit without his presence as a party. He will be legally bound by the judgment. His interests include obtaining a Declaratory Judgment, a ruling and order setting a precedent affecting his campaign for the Presidency of the United States.

## II. IMPAIRMENT OF INTEREST

Intervenor is at risk of legal impairment of this above Intervention in that this Court's (and Court of Appeals and Supreme Courts) rulings are principles of stare decises apply. See e.g. *Sierra Club v. Espy* 183 F.3d 1202, 1207 (5 th Cir. Miss. 1994) holding that "stare decisions" is sufficient legal impairment or potential impairment to satisf y the requirements of Rule 24(a)(2). This, even though he is not bound by res judicata or collateral estoppel.

## III. LACK OF ADEQUATE REPRESENTATION BY EXISTING PARTIES

Intervenor's burden of proof on this issue is minimal. *Haspel & Davis Milling & Planting Company, Ltd. v. Board of Levee Commissioners of the Orleans Levee District and State of Louisiana*, 493 F.3d 570 (5 th Cir. 2007). (At issue, Louisiana's anti-seizure law adequately rejected by the "Levee Board parties").

There is a rebuttable presumption of adequate representation by Plaintiff but Plaintiff, Newton B. Schwartz, Sr. (hereinafter NBS) but he is not share identical objections and is not himself a candidate for the Office of President.

> "…Even if the person seeking intervention demonstrates that the elements of 'interest' and 'impairment' are satisfied…The burden of establishing inadequate representation is on the intervention but in minimal…" FRCP 24.

> "…*Trbovch v. United Mine Workers of America*, 404 U.S. 528, 538 n. 10, 92 S.Ct. 630, 636, 30 L.Ed. 2d 686 (1972)…" FRCP 24.

> "…Lack of adequate representation is most easily demonstrated if the interest is not currently represented at all, or if the persons already parties have positions clearly adverse to those of the intervention applicant…" FRCP 24.

> "…*See e.g., City of Chicago v. Federal Emergency Management Agency*, 660 F.3d 980, 986-87 (7 th Cir. 2011) (intervention of right appropriate when original party does not advance ground that would confer a tangible benefit on intervenor)…" FRCP 24.

## IV. STANDING

This request has been liberally construed. Applicant must only satisfy the standing requirements of Article III of the Constitution. See e.g. *Newby v. Enron Corp.*, 443 F.3d 416, 422 (5 th Cir. 2006).

## V. ALTERNATIVELY PER FRCP 8(d)(2) AND 24(b)

3

Applicant can intervene per FRCP 24(b)(1)(8) since he has claim that shares with the main action a common question of law or fact; and

Rule 24(b)(3) his intervention will not delay or prejudice the adjudication of the original party's rights.

No opposition to this Motion is made by Plaintiff.

WHEREFORE, Intervenor, per above and request as pro se litigant's equal right and privilege of filing and receiving pleadings by email rather that by U.S. Mail or Federal Express, manuel paper filing and for all other relief. He prays that this Plea in Intervention be granted for all of the above legal and factual reasons.

Respectfully Submitted,

*Terry Wayne Wheelock*

Terry Wayne Wheelock
7704 Terry Drive
Fort Worth, Texas 76180-6218
Phone: 1 (817) 888-4457
Email: worldgraphixs@sbcglobal.net





# The AMERICAN™ CANDIDATE

**Independent Candidate for President of the United States 2016**

Terry Wayne Wheelock
7704 Terry Dr.
Ft. Worth, TX 76180

To: The People
Re: Declaration of Presidential Candidacy

Date: 20121104 00:01 AM UT

Dear People,

I **Terry Wayne Wheelock** do hereby announce my candidacy for President of the United States 2016, on this fourth day of November 2012!

I swear that I am a "natural born Citizen", thirty five years of age, and have resided within the United States for last fourteen years!

I am "The Amer-I-can Candidate" for President of the United States 2016! I am running as an Independent, the ONLY candidacy that can reach and represent "The People!", ALL THE PEOPLE !

I am the BEST CHOICE because I CAN unite "The People", government, business, and the world around the ideals of FREEDOM and INDIVIDUAL RIGHTS!

WE CAN live in PEACE and PROSPERITY by using COOPERATION to forge a path to the FUTURE, from the lessons we have learned from the past!

I pledge "MY LIFE, MY LIBERTY, and MY PURSUIT OF HAPPINESS", to SERVE the people, "ALL THE PEOPLE" and Protect them when necessary!

I know of NO OTHER candidate who can do this!

So, if "YOU" would like have a PROSPERITY and AMERICA heading down the roadway of FREEDOM and INDIVIDUAL RIGHTS!

# Vote! ..... and VOTE WHEELOCK in 2016!

Sincerely and Respectfully,
Terry Wayne Wheelock
"natural born Citizen"
Independent Candidate for President of the United States 2016
Vote! WHEELOCK 2016

Vote! WHEELOCK! 2016: Press Release 1

**LET ME INTRODUCE MYSELF!**

November 7, 2012

My name is Terry W. Wheelock and I am the Independent Candidate for President of the United States 2012! I am the Best Choice for President because I am the only candidate who can speak to All Americans and America can know that I am there for them, To Serve, Protect, and Empower the Rights of All Americans!

I am NOT like the other candidates who serve their party leaders or special interests who have bought and paid for them. I am a candidate for the People. (All the People!) I can unite rather than divide, because I can see both sides of the issues and not be blinded by party affiliation or special interests, I can find the best answer that is fair for All Americans.

The next President should represent the Individual (The People), and all the rights and power of the people to lead the government down the best path for the People! Congress is in gridlock because they are now just playing a game for their own self interest and lifestyle regardless of how the people suffer, and they revel in the knowledge they can endlessly dicker and still get paid for their gridlock. This has got to end! The purpose of government is to Serve (Create the Environment for All the People to Prosper!) and to Protect (If necessary when the People Cannot!) from those who would tread on the rights of the People.

Having a Republican or Democrat as President will just continue that Gridlock!

I as an Independent Write-In will insure The WILL of the PEOPLE is done!

If you have questions about my campaign, you may contact me by return email, or if you would like to know more about my campaign you can go to my campaign website.

Sincerely and Respectfully,
Terry W. Wheelock
Candidate for President of the United States 2016

# FEC FORM 2
## STATEMENT OF CANDIDACY

RECEIVED
FEC MAIL CENTER
2015 JUN 23 AM 11:42

1. (a) Name of Candidate (in full): TERRY WAYNE WHEELOCK
   (b) Address (number and street): 7704 TERRY DR  ☐ Check if address changed
   (c) City, State, and ZIP Code: FT WORTH TX 76180-6218
2. FEC Candidate Identification Number: P20004099
3. Is This Statement ☐ New (N) OR ☒ Amended (A)
4. Party Affiliation: INDEPENDENT
5. Office Sought: PRESIDENCY
6. State & District of Candidate: TX

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the __2016__ election(s).
   (year of election)
   NOTE: This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full): VOTE! WHEELOCK! 2016
   (b) Address (number and street): 7704 TERRY DR
   (c) City, State, and ZIP Code: FT WORTH TX 76180-6218

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.
   NOTE: This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full):
   (b) Address (number and street):
   (c) City, State, and ZIP Code:

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

Signature of Candidate: Terry W Wheelock
Date: 06-18-2015

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 52 U.S.C. §30109.

9-00068

FEC FORM 2 (REV. 02/2009)

# FEC FORM 1

## STATEMENT OF ORGANIZATION

RECEIVED
FEC MAIL CENTER
2015 JUN 23 AM 11:42

Office Use Only
12FE4M5

1. **NAME OF COMMITTEE (in full)** ☒ (Check if name is changed)   Example: If typing, type over the lines.

VOTE! WHEELOCK! 2016

**ADDRESS (number and street)**   7704 TERRY DR
☒ (Check if address is changed)

CITY: FT WORTH   STATE: TX   ZIP CODE: 76180-6218

**COMMITTEE'S E-MAIL ADDRESS**
☒ (Check if address is changed)   WORLDGRAPHIXS@SBCGLOBAL.NET

Optional Second E-Mail Address
GYMCANIXS@YAHOO.COM

**COMMITTEE'S WEB PAGE ADDRESS (URL)**
☒ (Check if address is changed)   http://THEUNIVERSALFOUNDATION.COM/WHEELOCK.HTML

2. **DATE** 06 / 18 / 2015

3. **FEC IDENTIFICATION NUMBER** ▶ C00506402

4. **IS THIS STATEMENT**   ☐ NEW (N)   OR   ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   TERRY WAYNE WHEELOCK

Signature of Treasurer   *[signature]*   Date   06 / 18 / 2015

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

For further information contact:
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

# CERTIFICATE OF LIVE BIRTH

State of Oklahoma — Department of Health

STATE FILE NO. 135-60-048954

**1. PLACE OF BIRTH**
a. COUNTY: TULSA
b. CITY, TOWN OR LOCATION: TULSA
c. NAME OF HOSPITAL OR INSTITUTION: HILLCREST MEDICAL CENTER
d. PLACE OF BIRTH INSIDE CITY LIMITS: Yes X

**2. USUAL RESIDENCE OF MOTHER**
a. STATE: OKLAHOMA
b. COUNTY: TULSA
c. CITY, TOWN OR LOCATION: TULSA
d. STREET ADDRESS: 4662 NORTH HARTFORD
e. IS RESIDENCE INSIDE CITY LIMITS: YES X
f. IS RESIDENCE ON A FARM: NO

**3. CHILD'S NAME:** TERRY WAYNE WHEELOCK

**4. SEX:** MALE
**5. THIS BIRTH:** SINGLE X
**6. DATE OF BIRTH:** DECEMBER 1, 1960

**7. FATHER'S NAME:** TRAVIS WILLARD WHEELOCK
**8. COLOR OR RACE:** WHITE
**9. AGE:** 29 YEARS
**10. BIRTHPLACE:** TEXAS
**11. USUAL OCCUPATION / KIND OF BUSINESS OR INDUSTRY:** CYCLONE FENCE CO.

**12. MOTHER'S MAIDEN NAME:** MARY IMOGENE MAYS
**13. COLOR OR RACE:** WHITE
**14. AGE:** 25 YEARS
**15. BIRTHPLACE:** OKLAHOMA
**16. PREVIOUS DELIVERIES TO MOTHER:** 2 / 0 / 0

**17. INFORMANT:** MARY IMOGENE WHEELOCK :: MOTHER

**18. MOTHER'S MAILING ADDRESS:** 4662 No. Hartford, Tulsa, Okla.

**19. LENGTH OF PREGNANCY (COMPLETED WEEKS):** 40
**20. WEIGHT OF CHILD AT BIRTH:** 7 LB 5 OZ
**21. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES?** YES X

**21a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS?** YES X

22a. SIGNATURE: [signature] 7/14/60
22b. ATTENDANT AT BIRTH: M.D. X
22c. ADDRESS: 1306 E. 35th St. Tulsa, Okla.
22d. DATE SIGNED: 12-5-60

23a. DATE REC'D BY LOCAL REG.: 12-15-60
23b. REGISTRAR'S SIGNATURE: [signature]
24. DATE RECEIVED BY STATE REGISTRAR: DEC 22 1960

---

**CERTIFIED COPY**



Commissioner
KIRK T. MOSLEY, M.D.

## State Department of Health
### State of Oklahoma

3400 NORTH EASTERN
OKLAHOMA CITY 5, OKLAHOMA

I HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY, ORIGINAL OF WHICH IS ON FILE IN THIS OFFICE. IN TESTIMONY WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY NAME AND CAUSED THE OFFICIAL SEAL TO BE AFFIXED, AT OKLAHOMA CITY, OKLAHOMA, THIS 19 DAY OF JANUARY 1961.

M.F. Shackelford
STATE REGISTRAR

EDUCATION, IMMUNIZATION,
SANITATION IS HEALTH
CONSERVATION



Commissioner
G. F. MATHEWS, M.D.

## State Department of Health
### State of Oklahoma
3400 NORTH EASTERN
OKLAHOMA CITY 5, OKLAHOMA

**STANDARD CERTIFICATE OF BIRTH**
Oklahoma State Board of Health
Bureau of Vital Statistics
OKLAHOMA CITY, OKLA.

Registered No. _____

1. PLACE OF BIRTH
   County: Pontotoc
   Township or Village: _____
   City: Ada    No. 521   Street: W 2nd   Ward: ___
   Registration Dist. No. _____
   Primary Dist. No. 6230

2. FULL NAME OF CHILD: Mary Imogene Mayo

3. Sex of Child: Female
4. Twins, Triplets or others: ___
5. Number in order of birth: 200
6. Legitimate? Yes
7. Date of Birth: 12-15-3_ (month) (day) (year)

**FATHER**
8. Full name: John Washington Mayo
9. Residence: Ada
10. Color or race: White
11. Age at last birthday: 42 years
12. Birthplace: Ada Co Okla
13. Occupation: (a) Barber   (b) _____

**MOTHER**
14. Full maiden name: Rivertia Scott
15. Residence: Ada
16. Color or race: White
17. Age at last birthday: 39 years
18. Birthplace: Ada Co Okla
19. Occupation: (a) ___   (b) ___

20. Number of children born to this mother, including present birth: 10 & 1b
21. Number of children of this mother now living: 10

22. CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE
    I hereby certify that I attended the birth of this child, who was _____ on the date above stated, at 11 P.M.
    (Signature) _____ (Physician or Midwife)
    Address: _____
    Filed Jan 5, 1935   Registrar

23. Did you use a one or two per cent silver nitrate solution in this infant's eye immediately after its birth? Yes ✓  No ___

S. 11-F

I do hereby certify the foregoing to be a true and correct copy, original of which is on file in this office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this ___ day of AUGUST 195_

M. F. Shackelford
STATE REGISTRAR

# TEXAS STATE BOARD OF HEALTH
## BUREAU OF VITAL STATISTICS
### STANDARD CERTIFICATE OF BIRTH

B.O.V.S.
FORM B

(1) PLACE OF BIRTH

...ty of ..........   Registration District No. ..........   File No. ..........
Register No. ..........
City ..........   (No. ..........   St.; ..........   Ward)

(2) FULL NAME OF CHILD ..........

(7) Date of Birth .......... 192...

FATHER                                        MOTHER
(3) NAME FULL                                 (10) FULL MAIDEN NAME
(8) RESIDENCE                                 (15) RESIDENCE
(4) COLOR   AGE AT LAST BIRTHDAY (Years)      (16) COLOR   AGE AT LAST BIRTHDAY (Years)
(12) BIRTHPLACE                               (18) BIRTHPLACE
(13) OCCUPATION                               (19) OCCUPATION

(22) CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE

I hereby certify that I attended the birth of this child, who was born alive / stillborn at .......... M. on the date above stated.

*When there was no attending physician or midwife, then the father, householder, etc., should make this return. A stillborn child is one that neither breathes nor shows other evidence of life after birth.

(Signature) ..........
Physician or Midwife

...er name added from a supplemental report ..........   192...

.......... Registrar.

Address ..........

Filed .......... 192...
Post Office Address

Did you use a ... per cent silver nitrate solution in the infant's eyes for media... after its birth? Yes ..........

---

**STATE OF TEXAS**
**COUNTY OF TRAVIS**

I HEREBY CERTIFY THAT THE ABOVE IS A COPY OF THE BIRTH RECORD OF INFANT OF CARROLL WHEELOCK & WIFE AS FILED IN THE BUREAU OF VITAL STATISTICS OF THE STATE OF TEXAS

ISSUED June 5, 1947

N. A. Davis, MD
STATE REGISTRAR OF VITAL STATISTICS



No Person except a natural born Citizen

# Types, Definitions, Classification, and Definitions of U.S. Citizenship

by Terry Wayne Wheelock

As per the historical documents and record of the Ascension of Kings, the Birthright of Kings, the founding discussions and documents of The Founding Fathers of the United States, The Declaration of Independence, The Articles of Confederation, the letters and discussions of The Founders at and of The Constitutional Convention, The Constitution, and The Bill of Rights.

The ORIGINAL definition, explanation, way, or how a person became a "natural born Citizen" is as follows: Prior to and during the Revolutionary War a person who renounced their allegiance to ANY foreign entity and swore allegiance to the United States of America and took up arms against the British, metaphorically died and was REBORN under penalty of death for treason, a "natural born Citizen"!

After the Revolutionary War citizenship was acquired by naturalization, or at BIRTH by the "PURITY' of allegiance of the PARENTS at the time of that child's birth! (Rights and Privilege at birth)

Achieving Citizenship after BIRTH is acquired by renouncing allegiance to any other entity, and pledging and demonstrating "ALLEGIANCE" to the United States of America! (naturalization)

**natural born Citizen** – a child born of parents who are BOTH U.S. Citizens at the time of that child's birth.

**native born Citizen** – a child born on U.S. soil or territories of the U.S. and of parents in which ONE is a U.S. Citizen at the time of that child's birth.

**Citizen** – a child born of parents in which ONE is a U.S. Citizen at the time of that child's birth.

**naturalized Citizen** – a person who legally immigrates to the U.S. and completes the requirements to become a Citizen according to INS.

**native born natural born Citizen** – a child born on U.S. soil or territories of the U.S., and of parents who are BOTH U.S. Citizens at the time of that child's birth.

**native born naturalized Citizen** – a child who is born to parents who are BOTH NOT U.S. Citizens at time of that child's birth on U.S. soil or territories of the U.S. and then is documented and completes the requirements to become a Citizen according the INS.

1

2

Clarification Note: In order to become a Citizen a person must swear off any allegiance to any other entity, and swear allegiance to the United States of America, and for a child, at birth one parent must be a U.S. Citizen and that parent must declare that child to be a U.S. Citizen and the other parent must agree, and both must renounce all allegiance of the child to any other entity, and swear the allegiance of that child to the United States of America, for that child to be a Citizen.

Clarification Note: The "RIGHTS" of all of the definitions of "Citizen" are the same, there is only one definition that has a "PRIVILEGE" with it, that is a "natural born Citizen", as specified in The Constitution an "nbC" is eligible to and has the privilege to become President of the United States, leader of the FREE world, and Commander in Chief of the Armed Forces!

Clarification Note: a child born on U.S. soil or territories of the U.S., to parents who are BOTH NOT U.S. Citizens, that child is NOT a Citizen.

Clarification Note: a child born of parents in which ONE of the parents is a U.S. Citizen, that Citizen must declare that child to be a Citizen of the U.S. and the other parent must agree, and both must renounce any allegiance of that child to any other entity, for that child to be a U.S. Citizen.

Additional Note: Terry Wayne Wheelock is a "native born natural born Citizen" and a candidate for President of the United States.

Date: March 27, 2015 - 2:30 PM

To: Keith Ingram - Director of Elections - State of Texas

Re: Ted Cruz/Obama Challenge

Mr. Ingram,

I am challenging that Ted Cruz is ineligible to run for President of the United States of America.

I need the exact process or steps to file a formal legal challenge to remove Ted Cruz as a presidential candidate from any candidacy, ballot, or election, on the specific grounds he is NOT a "natural born Citizen" a requirement as defined by:

1. The Declaration of Independence
2. The Articles of Confederation
3. The Letters of the Continental Congress
4. The Constitution of the United States of America
5. The Bill of Rights
6. The Sovereign Treaty with England
7. The Intentions of the Founders of this Great Nation
8. The Spirit of American Ideals

He has by entering committed fraud, against "We the People", the State of Texas, and the United States of America. He is by definition ineligible to seek The Office of the President of the United States of America and The Office of the Vice President of the United States of America.


Sincerely and Respectfully,
Terry W. Wheelock
natural born Citizen
Independent Candidate for President of the United States 2016
Vote! WHEELOCK! 2016



# The AMERICAN™ CANDIDATE

# Vote! WHEELOCK! 2016

7704 Terry Dr. - Ft. Worth - TX - 76180-6218 - 817.888.4457 - worldgraphixs@sbcglobal.net

---

Date: ~20150610 1:30 PM UT
To: Dept. of Elections or Secretary of State
Re: Free, Open, and Equal Access to the Ballot and Vote!


Hi,

My name is Terry Wayne Wheelock and I am a candidate for President of the United States 2016. I am contacting you to inform you that it has been brought to my attention that your rules, policies, procedures, guidelines, and laws for FREE, OPEN, and EQUAL, Access to the Ballot, and Access to the Vote, for national elections are in violation of my CIVIL RIGHTS and ALL (We the People) (Citizens) of the United States of America!

I require a Contact, Complete Guide, and Step-by-Step Procedure to bring Free, Open, and Equal, Access to the Ballot and Access to the Vote to your State and to this Nation!

I also need a Contact, Complete Guide, and Step-by-Step Procedure to inform you and prosecute the Cruz - Rubio - Jindal - Obama Challenge! We challenge that these people while they are US Citizens, they are NOT "natural born Citizens" and as such do not meet the requirements to be eligible to campaign, run, be on the ballot, have votes cast or counted, be elected, or hold the Office of President of the United States of America!

Your unbiased, immediate, and full cooperation in addressing these matters are greatly appreciated since these are matters of National Security!

Sincerely and Respectfully,
Terry W. Wheelock
natural born Citizen
Independent Candidate for President of the United States 2016
Vote! WHEELOCK! 2016


CC: FEC, USAG, ULSI, INR

elections@wyo.gov, gab@wi.gov, lbrown@wvsos.com, elections@sos.wa.gov, esvi.info@vi.gov, info@elections.virginia.gov, will.senning@sec.state.vt.us, elections@utah.gov, elections@sos.texas.gov, tennessee.elections@tn.gov, elections@state.sd.us, elections@elections.sc.gov, rrock@sos.ri.gov, mtorres@contralorelectoral.gov.pr, estado@gobierno.pr, RA-BCEL@state.pa.us, elections.sos@state.or.us, info@elections.ok.gov, election@ohiosecretaryofstate.gov, executivedirector@votecnmi.gov.mp, soselect@nd.gov, elections.sboe@ncsbe.gov, kim.strach@ncsbe.gov, info@elections.ny.gov, kari.fresquez@state.nm.us, feedback@sos.nj.gov, ago.consumer@nebraska.gov, electionlaw@doj.nh.gov, elections@sos.state.nh.us, secretaryofstate@nebraska.gov, nvelect@sos.nv.gov, secretaryofstate@nebraska.gov, lkimmet@mt.gov, SOSmain@sos.mo.gov, kim.turner@sos.ms.gov, gary.poser@state.mn.us, christopherT@michigan.gov, elections@sec.state.ma.us, info.sbe@maryland.gov, melissa.packard@maine.gov, angie.rogers@sos.la.gov, marysue.helm@ky.gov, brad.bryant@sos.ks.gov, sos@sos.iowa.gov, elections@iec.in.gov, ssandvoss@elections.il.gov, elections@sos.idaho.gov, elections@iec.in.gov, ssandvoss@elections.il.gov, elections@sos.idaho.gov, elections@hawaii.gov, vote@gec.guam.gov, sos@sos.ga.gov, DivElections@DOS.MyFlorida.com, director@dcboee.org, elaine.manlove@state.de.us, SEEC@ct.gov, elections@sos.state.co.us, Elections@sos.ca.gov, rob.hammons@sos.arkansas.gov, espencer@azsos.gov, asgelect@samoatelco.com, elections@alaska.gov, john.merrill@sos.alabama.gov,

**Notification 1**

Date: ~20151201 1:30 PM UT
To: Dept. of Elections or Secretary of State
Re: Free, Open, and Equal Access to the Media, Ballot, and Vote! and Cruz, Rubio, Jindal, Obama Challenge!

Hi,

My name is Terry Wayne Wheelock and I am contacting you to OFFICIALLY NOTIFY you that I am a candidate for President of the United States 2016. I am a "natural born Citizen", am over 35 years of age, and have resided within the US for over 14 years!

ISSUE ONE:

I am contacting you to OFFICIALLY NOTIFY you that your rules, policies, procedures, guidelines, and laws for FREE, OPEN, and EQUAL, Access to the Media, Access to the Ballot, and Access to the Vote, for national elections are in violation of my CIVIL RIGHTS and ALL (We the People) (Citizens) of the United States of America!

I challenge that as such I meet the requirements to be eligible to campaign, run, be on the ballot, have votes cast or counted, be elected, or hold the Office of President of the United States of America!

I require a Contact, Complete Guide, and Step-by-Step Procedure to bring Free, Open, and Equal, Access to the Media, Access to the Ballot, and Access to the Vote to your State and to this Nation!

ISSUE TWO:

I am contacting you to OFFICIALLY NOTIFY you that Rafael (Ted) Cruz, Marco Rubio, Bobby Jindal, and Barrack Obama are NOT a "natural born Citizen" as required by the Constitution, Bill of Rights, Federalist Papers, or ANY documents, founding ideals, or intentions of this United States of America!

I challenge that these people while they are Citizens, they are NOT "natural born Citizens" and as such do not meet the requirements to be eligible to campaign, run, be on the ballot, have votes cast or counted, be elected, or hold the Office of President of the United States of America!

I require a Contact, Complete Guide, and Step-by-Step Procedure to prosecute the Cruz - Rubio - Jindal - Obama Challenge!

Your unbiased, immediate, and full cooperation in addressing these matters are greatly appreciated since these are matters of National Security!

Sincerely and Respectfully,
Terry W. Wheelock
natural born Citizen
Independent Candidate for President of the United States 2016
Vote! WHEELOCK! 2016


CC: FEC, USAG, ULSI, INR