APPEAL,APPEAL_NAT,CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:16-cv-00106
### Internal Use Only

Schwartz v. Cruz
Assigned to: Judge Gray H. Miller
Demand: $0
Cause: 28:1331 Fed. Question

Date Filed: 01/14/2016
Date Terminated: 04/13/2016
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Newton Boris Schwartz, Sr.**                    represented by    **Newton Boris Schwartz , Sr**
Attorney at Law
1911 SW Freeway
Houston, TX 77098
713-630-0708
Email: nbs@nbslawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ted Cruz**                    represented by    **Layne Edwin Kruse**
*also known as*                                   1301 McKinney Street
Rafael Edward Cruz                                Ste 5100
Houston, TX 77010-3095
713-651-5194
Email: layne.kruse@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren Paul Lindamood**
Norton Rose Fulbright US LLP
1301 McKinney
Fulbright Tower
Suite 5100
Houston, TX 77010
713-651-5200
Fax: 713-651-5246
Email:
darren.lindamood@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**S. Lee Whitesell**
1301 McKinney
Suite 5100
Houston, TX 77010-3095
713-651-5215
Fax: 713-651-5246
Email: lee.whitesell@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

<u>**Intervenor**</u>

**Terry Wayne Wheelock**
*TERMINATED: 02/17/2016*

represented by **Terry Wayne Wheelock**
7704 Terry Drive
Fort Worth, TX 76180-6218
817-888-4457
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2016 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-16015252) filed by Newton B. Schwartz, Sr. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Civil Cover Sheet)(Schwartz, Newton) (Entered: 01/14/2016) |
| 01/15/2016 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Scheduling Order Deadline date 4/27/2016(Signed by Judge Gray H. Miller) Parties notified.(mmiller, 4) (Entered: 01/15/2016) |
| 01/19/2016 | | Summons Issued as to Ted Cruz. Issued summons returned to plaintiff by: In person, filed. (smurdock, 4) (Entered: 01/19/2016) |
| 01/19/2016 | 3 | AMENDED COMPLAINT against All Plaintiffs filed by Newton Boris Schwartz, Sr. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit H-1, # 5 Exhibit H-2, # 6 Exhibit H-3, # 7 Exhibit I)(Schwartz, Newton) (Entered: 01/19/2016) |
| 01/27/2016 | 4 | MEMORANDUM in support by Newton Boris Schwartz, Sr, filed. (Attachments: # 1 Exhibit V-1, # 2 Exhibit V-2, # 3 Exhibit V-3, # 4 Exhibit V-4, # 5 Exhibit V-5, # 6 Exhibit V-6, # 7 Exhibit V-7)(Schwartz, Newton) (Entered: 01/27/2016) |
| 01/28/2016 | 5 | CERTIFICATE OF INTERESTED PARTIES by Newton Boris Schwartz, Sr, filed. (Schwartz, Newton) (Entered: 01/28/2016) |
| 02/01/2016 | 6 | ***STRICKEN from the record - See 12 Order striking*** COMPLAINT in Intervention filed by Terry Wayne Wheelock.(gkelner, 4) Modified on 2/17/2016 (rkonieczny, 4). (Entered: 02/01/2016) |
| 02/03/2016 | 7 | Second AMENDED COMPLAINT against Newton Boris Schwartz, Sr filed by Newton Boris Schwartz, Sr. (Attachments: # 1 Exhibit H-1, # 2 Exhibit H-3, # 3 Exhibit J, # 4 Exhibit J-1, # 5 Exhibit K, # 6 Exhibit L, # 7 Exhibit M)(Schwartz, Newton) (Entered: 02/03/2016) |
| 02/08/2016 | 8 | First MEMORANDUM *Supplemental* by Newton Boris Schwartz, Sr, filed. (Attachments: # 1 Exhibit Ex 1, # 2 Exhibit Ex 2, # 3 Exhibit Ex 3, # 4 Exhibit Ex 4, # 5 Exhibit Ex 4-A, # 6 Exhibit Ex 4-B)(Schwartz, Newton) (Entered: 02/08/2016) |
| 02/08/2016 | 9 | NOTICE *of Consent to Filing Second Amended Complaint and Acceptance of Service* by Ted Cruz, filed. (Whitesell, S.) (Entered: 02/08/2016) |
| 02/11/2016 | 10 | MOTION for Leave to File Motion for Expedited Discovery by Newton Boris Schwartz, Sr, filed. Motion Docket Date 3/3/2016. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Schwartz, Newton) (Entered: 02/11/2016) |
| 02/16/2016 | 11 | Second SUPPLEMENT by Newton Boris Schwartz, Sr, filed. (Attachments: # 1 Exhibit 5, # 2 Exhibit 6)(Schwartz, Newton) (Entered: 02/16/2016) |
| 02/17/2016 | 12 | ORDER STRIKING 6 Complaint in intervention filed by Terry Wayne Wheelock.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 02/17/2016) |
| 02/22/2016 | 13 | CERTIFICATE OF INTERESTED PARTIES by Ted Cruz, filed.(Kruse, Layne) (Entered: 02/22/2016) |

| | | |
|---|---|---|
| 02/22/2016 | 14 | MOTION to Dismiss 7 Amended Complaint/Counterclaim/Crossclaim etc., by Ted Cruz, filed. Motion Docket Date 3/14/2016. (Kruse, Layne) (Entered: 02/22/2016) |
| 02/23/2016 | 15 | First APPENDIX re: 14 MOTION to Dismiss 7 Amended Complaint/Counterclaim/Crossclaim etc., by Ted Cruz, filed. (Attachments: # 1 Exhibit British Nationality Act 1730, # 2 Exhibit Naturalization Act of 1790, # 3 Exhibit Black's Law Dictionary (var. eds.), # 4 Exhibit Compendious and Comprehensive Dictionary, # 5 Exhibit M. Farrand, Records of the Federal Convention, # 6 Exhibit Federalist 52, # 7 Exhibit Senate Resolution 511, # 8 Exhibit 113 Congressional Record 35019 (Senate), # 9 Exhibit Wright & Miller § 2763, # 10 Exhibit CRS Report: Qualifications for President and the Natural Born Citizenship Eligibility Requirement, # 11 Exhibit Clement & Katyal, On the Meaning of Natural Born Citizen, # 12 Exhibit A Brief for Governor Romney's Eligibility, # 13 Exhibit Tribe and Olson Opinion Letter)(Whitesell, S.) (Entered: 02/23/2016) |
| 02/24/2016 | 16 | ORDER re briefing schedule regarding 14 MOTION to dismiss. Plaintiffs response (limited to 25 pages) shall be filed on or before March 14, 2016. Defendants reply, if any, (limited to 5 pages) shall be filed within five days of the plaintiffs response.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 02/24/2016) |
| 02/29/2016 | 17 | Reasons why Barrack Obama was not Eligible to be President and why Ted Cruz and Marco Rubio are not eligible to run for the Presidency by Newton Boris Schwrtz, Sr, filed. (drodriguez, 7) (Entered: 02/29/2016) |
| 02/29/2016 | 18 | Supreme Court Decision by Newton Boris Schwartz, Sr, filed.(drodriguez, 7) (Entered: 02/29/2016) |
| 03/01/2016 | 20 | INTERVENOR COMPLAINT filed by Terry Wayne Wheelock. (vcantu, 5) (Entered: 03/02/2016) |
| 03/02/2016 | 19 | MOTION to Defer Scheduling or to Stay Proceeding and RESPONSE in Opposition to 10 MOTION for Leave to File Motion for Expedited Discovery, filed by Ted Cruz. (Attachments: # 1 Proposed Order)(Kruse, Layne) Modified on 3/11/2016 (rkonieczny, 4). (Entered: 03/02/2016) |
| 03/07/2016 | 21 | ORDER STRIKING 17 Reasons why Barrack Obama was not Eligible to be President and why Ted Cruz and Marco Rubio are not eligible to run for the Presidency, STRIKING 18 Supreme Court decision, STRIKING 20 Intervenor Complaint.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 03/07/2016) |
| 03/08/2016 | 22 | AMENDED ORDER STRIKING 17 Reasons why Barrack Obama was not Eligible to be President and why Ted Cruz and Marco Rubio are not eligible to run for the Presidency, STRIKING 18 Supreme Court decision, STRIKING 20 Intervenor Complaint. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 03/08/2016) |
| 03/10/2016 | 23 | ORDER Denying 10 Motion for Leave to File motion for expedited discovery.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 03/10/2016) |
| 03/14/2016 | 24 | RESPONSE to 14 MOTION to Dismiss 7 Amended Complaint/Counterclaim/Crossclaim etc., filed by Newton Boris Schwartz, Sr. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Schwartz, Newton) (Entered: 03/14/2016) |
| 03/21/2016 | 25 | REPLY in Support of 14 MOTION to Dismiss 7 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Ted Cruz. (Kruse, Layne) (Entered: 03/21/2016) |
| 03/30/2016 | 26 | ORDER Setting Hearing on 14 MOTION to Dismiss 7 Amended Complaint for 4/13/2016 at 10:00 AM in Courtroom 9D before Judge Gray H. Miller.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 03/30/2016) |
| 03/31/2016 | 27 | ORDER GRANTING 19 MOTION to defer scheduling or stay proceedings. All proceedings, |

| | | including discovery are STAYED pending the resolution of defendants motion to dismiss. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Main Document 27 replaced on 3/31/2016) (rkonieczny, 4). (Entered: 03/31/2016) |
|---|---|---|
| 04/01/2016 | 28 | Third MEMORANDUM in support by Newton Boris Schwartz, Sr, filed.(Schwartz, Newton) (Entered: 04/01/2016) |
| 04/06/2016 | 30 | Letter from Layne Kruse re: plaintiff's third supplemental memorandum of law, filed. (rkonieczny, 4) (Entered: 04/11/2016) |
| 04/08/2016 | 29 | Fourth MEMORANDUM *Supplemental* by Newton Boris Schwartz, Sr, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit H-1)(Schwartz, Newton) (Entered: 04/08/2016) |
| 04/11/2016 | 31 | ORDER STRIKING 28 Third memorandum of law and 29 Fourth memorandum of law. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 04/11/2016) |
| 04/11/2016 | 32 | Supplemental MEMORANDUM of Law *(Fifth)* by Newton Boris Schwartz, Sr, filed. (Attachments: # 1 Exhibit A)(Schwartz, Newton) (Entered: 04/11/2016) |
| 04/11/2016 | 33 | NOTICE *to the Court* re: 31 Order by Newton Boris Schwartz, Sr, filed. (Schwartz, Newton) (Entered: 04/11/2016) |
| 04/11/2016 | 34 | ORDER STRIKING 32 Fifth memorandum of law. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 04/11/2016) |
| 04/13/2016 | 35 | Minute Entry for proceedings held before Judge Gray H. Miller. MOTION HEARING held on 4/13/2016 re 14 MOTION to Dismiss 7 Amended Complaint/Counterclaim/Crossclaim etc. Oral argument heard. Defendant's motion is GRANTED. Order to follow. Appearances: S. Lee Whitesell, Layne Edwin Kruse, Darren Paul Lindamood, Newton Boris Schwartz, Sr. (Court Reporter: M.Malone), filed.(rkonieczny, 4) (Entered: 04/13/2016) |
| 04/13/2016 | 36 | MEMORANDUM OPINION and ORDER OF DISMISSAL GRANTING 14 MOTION to Dismiss 7 Amended Complaint/Counterclaim/Crossclaim etc., . Case terminated on 4/13/2016(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 04/13/2016) |
| 04/14/2016 | 37 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 31 Order, 34 Order, 27 Order, 36 Order of Dismissal by Newton Boris Schwartz, Sr (Filing fee $ 505, receipt number 0541-16496776), filed.(Schwartz, Newton) (Entered: 04/14/2016) |
| 04/15/2016 | 38 | DKT13 TRANSCRIPT ORDER REQUEST by Schwartz, Newton B.. Transcript is unnecessary for appeal purposes This order form relates to the following: 37 Notice of Appeal, filed.(Schwartz, Newton) (Entered: 04/15/2016) |